SAM TAYLOR AND LILLIE MAE WILLIAMS, *Plaintiffs in Error*,
v. THE STATE OF FLORIDA, *Defendant in Error*.

Opinion Filed December 17, 1921.

A Writ of Error to the Circuit Court for Bay County;
D. J. Jones, Judge.

*E. Dykes,* for Plaintiffs in Error;

*Rivers H. Buford,* Attorney General, and *Marvin C. Mc-Intosh,* Assistant, for the State.

PER CURIAM.—The testimony does not sustain the verdict of guilty under the charge as alleged in the indictment on which the conviction herein was predicated, therefore the judgment is reversed for a new trial.

All concur.